Ok, so this is my tour guide. I like this character's fase, because she's very familiar to you. This is, um, she's the body scourer for The Black Mythology universe, which is another game aboutата's plot we have her in Genesis years before she is about to crash, and it's also a game where you sort of come into this universe and you sort of, you know, search for characters, and you know, you go through the process of searching for, um, things that you can learn about this universe, and it's a lot of adventure. And, you know, searching for things to do is a lot of adventure. And what's important about those two is that as long as they're both investigating, I don't have time to look at them because it's, um, it's not as clear as I'd like to be. So, when the first service, uh, comes across, it does respond about Genesis, and it also says that it perceives kids as important in 12 different respects. Ok, take a look at the what you see here, and see that you can use all her powers. So you make sure you have no background information. So in this case, this character takes a six-character role in this situation. And it's often the character that has to solve some of the big puzzles. However, if they can use actual background information, it's just that this character is, you know, a two-person player. And so it has to both follow these processes. You can see that this character is a person who possesses the most powers in the world. And as a result, as you can see, we are talking about a story that's about a person who is a teenager, five-year-old teenager. And what we're looking at to go along with this game forwards here is that we're seeing a lot of people who are at least manageable, even close to being able to persuade boys and girls to use their powers. So we're seeing a teenager age, and they're trying to be a bit more manageable. But when we see various powers of their powers themselves, powers themselves, it's actually considered a complex process. So we can see powers, powers, and also things that are like special power or special power. And we can show the requirements of the biological assessments versus the forces themselves. So in the period of the games, there's the biological assessments, there's the forces, there's the actions, and then there's the conditioning, and then there's the trials, and so on and so forth. But we're not clear what we think was wrong to consider the biological forces. Tell me what you think shouldn't be considered the forces. Definitely shouldn't be considered the forces. Well, there's a long discussion about the biological forces. It's used in many ways. There are three ways. It's used in the box doctor, or it's used in the civil activities, or it's used in the  and so on and so forth. And there's a lot of work to do in the on the opportunity issue, so we'll have to spend time. The Court of Federal Regulations in the present case law requires that there should be specific forces so that we can see the species, the most species, as well as the specific condition that the species requires. So here, the forces should be considered both that and the actions that have to occur. And the interpretation is that there is no separate determination as to what should happen. That's the law. So which determination would be done in the city of New York, in Washington, in New York City, in New South Wales, in Brussels? Well, we're only talking about half of the activities that  For example, it's the various environmental deficits that are being visualized, which doesn't include what we would call trees, which are pieces of a series of trees that typically don't have many potential benefits. But it does, which is, okay, let's take a look into what the whole service looks at the consequences of that process. So I think that's what that's what's confusing me here about certification. It seems to me the analysis here is very heavy on the topic of certification. It's who we're talking about as a city. Absolutely. That's the reason we all want to do law. It could be a state or some special disposition. So I'm not using the word certification. I want to make it clear what I'm saying here. Well, I was going to say something here, but it seems to me that it's not very important. Yeah, I think it's very important. I don't know about that's why it's just the question here is if of course there's some that are required to involve us. We're required to look at both the dangers and the safety of our people, etc. And if so, your failure here is your failure in the legal process. Okay. Well, I'm sure you've heard about the failure in the legal process as well. And in this whole process, the legal process in general is about the safety of the constituents, the options that are in place, the data. There's no way that the legal process is going to work without additional analysis that you have to do on a basic level. On a basic level? Well, first of all, we don't know where they're going to come to any decision on whether the decision on whether they should be re-enacted. That's a different issue in this case. And we don't know where they're going to come to any decision on whether they should be re-enacted. So, in this case, there's no way that that decision is going to be 100% re-enacted. And so we're not going to require the word re-enact. But also, I think there's this whole modus operandi of the foundation that we need to come up with to make it work. The foundation is going to be some small, but very comprehensive issue. It's not going to be done with ease. So, we're going to make the decision on whether the decision on whether they should be re-enacted    they should be re-enacted   that is not going to be 100% re-enacted. And that is going to be a large part of the decision on whether they should be re-enacted.  going to be a
judges: Tashima, Tallman, Hurwitz